IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| DAVID VELASQUEZ, | ) |
| Plaintiff, | ) |
| v. | ) |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, FRENCH ROBERTSON UNIT, AND JENNIFER COZBY, *Senior Warden*, | ) |
| Defendants. | ) Civil Action No. 1:21-CV-0204-C |

### ORDER

On this day, the Court considered Defendant Jennifer Cozby's Motion to Dismiss pursuant to Federal Rule of Civil Procedure 12(b)(6), filed January 10, 2022. The docket reflects that Plaintiff has failed to file a timely response to the pending Motion.[1] Thus, it appears Plaintiff is unopposed to the relief sought therein. Accordingly, the Court **ORDERS** that Defendant's Motion to Dismiss be **GRANTED** and Plaintiff's claims asserted against Defendant Jennifer Cozby be **DISMISSED**.

SO ORDERED.

Dated February 8, 2022.

_____
SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] *See* N.D. Tex. Local Civil Rule 7.1(e) ("[a] response and brief to an opposed motion must be filed within 21 days from the date the motion is filed.").