IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| DAVID VELASQUEZ, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TEXAS DEPARTMENT OF CRIMINAL JUSTICE, FRENCH ROBERTSON UNIT, and JENNIFER COZBY, SENIOR WARDEN, | ) ) ) ) |
| Defendants. | ) Civil Action No. 1:21-CV-204-C |

## JUDGMENT

For the reasons stated in the Court's Order of even date, as well as the Court's Order of February 8, 2022,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-styled and -numbered civil action be **DISMISSED**.

SIGNED this 7th day of March, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE